FILED
CLERK, U.S. DISTRICT COURT
04/05/2023
CENTRAL DISTRICT OF CALIFORNIA
BY: _____DVE_____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

March 2023 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>SAUL AVALOS,<br><br>　　　　Defendant. | No. 8:23-cr-00039-JWH<br><br><u>I N D I C T M E N T</u><br><br>[18 U.S.C. § 472: Passing and Uttering Counterfeit Obligations and Securities of the United States with Intent to Defraud; 18 U.S.C. § 492 and 28 U.S.C. § 2461(c): Criminal Forfeiture] |

The Grand Jury charges:

COUNTS ONE THROUGH THIRTEEN

[18 U.S.C. § 472]

On or about the dates set forth below, in Orange and Los Angeles Counties, within the Central District of California, defendant SAUL AVALOS, acting with intent to defraud, passed and uttered counterfeit obligations and securities of the United States, namely, counterfeit $500 United States savings bonds, knowing that the savings bonds were falsely made, forged, counterfeited, and altered:

///

///

| COUNT | DATE | ITEMS PASSED |
|---|---|---|
| ONE | 2/7/2022 | Nine counterfeit $500 United States savings bonds |
| TWO | 3/9/2022 | Ten counterfeit $500 United States savings bonds |
| THREE | 3/10/2022 | Ten counterfeit $500 United States savings bonds |
| FOUR | 3/11/2022 | Nine counterfeit $500 United States savings bonds |
| FIVE | 3/14/2022 | Sixteen counterfeit $500 United States savings bonds |
| SIX | 3/15/2022 | Eleven counterfeit $500 United States savings bonds |
| SEVEN | 3/17/2022 | Twenty counterfeit $500 United States savings bonds |
| EIGHT | 3/18/2022 | Twenty-one counterfeit $500 United States savings bonds |
| NINE | 3/19/2022 | Twenty counterfeit $500 United States savings bonds |
| TEN | 3/22/2022 | Twelve counterfeit $500 United States savings bonds |
| ELEVEN | 3/23/2022 | Thirteen counterfeit $500 United States savings bonds |
| TWELVE | 3/25/2022 | Ten counterfeit $500 United States savings bonds |
| THIRTEEN | 3/29/2022 | Thirteen counterfeit $500 United States savings bonds |

FORFEITURE ALLEGATION

[18 U.S.C. § 492 and 28 U.S.C. § 2461(c)]

1. Pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, notice is hereby given that the United States of America will seek forfeiture as part of any sentence, pursuant to Title 18, United States Code, Section 492 and Title 28, United States Code, Section 2461(c), in the event of the defendant's conviction of any of the offenses set forth in Counts One through Thirteen of this Indictment.

2. The defendant, if so convicted, shall forfeit to the United States of America the following:

(a) All right, title, and interest in any and all counterfeits, articles, devices, and other things made, possessed, or used in any such offense, or any material or apparatus used or fitted or intended to be used in the making of such counterfeits, articles, devices, or things; and

(b) To the extent such property is not available for forfeiture, a sum of money equal to the total value of the property described in subparagraph (a).

3. Pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), the defendant, if so convicted, shall forfeit substitute property, up to the value of the property described in the preceding paragraph if, as the result of any act or omission of the defendant, the property described in the preceding paragraph or any portion thereof (a) cannot be located upon the exercise of due diligence; (b) has been transferred, sold to, or deposited with a third party; (c) has been placed beyond the jurisdiction of the court; (d) has been

substantially diminished in value; or (e) has been commingled with other property that cannot be divided without difficulty.

A TRUE BILL

/s/
Foreperson

E. MARTIN ESTRADA
United States Attorney

MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division

BENJAMIN R. BARRON
Assistant United States Attorney
Chief, Santa Ana Branch Office

BRADLEY E. MARRETT
Assistant United States Attorney
Deputy Chief, Santa Ana Branch Office

MELISSA S. RABBANI
Assistant United States Attorney
Santa Ana Branch Office